UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Clifford A. Gibbs

Case No.: 23-10736 CMG

Chapter: 13

Hearing Date: 04/05/2023

Judge: Gravelle

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___02/28/2023___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ___Chapter 13 Plan_____.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 02/28/2023                                      /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo,<br>CN 4853,<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>U.S. Bankruptcy Court,<br>402 East State Street,<br>Trenton, NJ 08608<br><br>AT&T Universal Citi Card,<br>Attn: Bankruptcy,<br>Po Box 6500,<br>Sioux Falls, SD 57117<br><br>Amex,<br>Correspondence/Bankruptcy,<br>Po Box 981540,<br>El Paso, TX 79998<br><br>BBVA Compass,<br>Attn: Bankruptcy,<br>P.O. Box 10566,<br>Birmingham, AL 35296<br><br>Cal Automotive,<br>300 Horizon Drive,<br>Hamilton, NJ 08691<br><br>Capital One Auto Finance,<br>Attn: Bankruptcy,<br>7933 Preston Rd,<br>Plano, TX 75024<br><br>Capital One Auto Finance, a division of,<br>AIS Portfolio Services, LLC,<br>4515 N Santa Fe Ave. Dept. APS,<br>Oklahoma City, OK  73118 | Creditor | ⎯ Hand delivered<br> X  Regular mail<br>⎯ Certified mail/RR<br>⎯ E-mail<br>⎯ Notice of Electronic Filing (NEF)<br>⎯ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| Citi/Sears ,Citibank/Centralized Bankruptcy,<br>Po Box 790034,<br>St Louis, MO 63179<br><br>Citibank/Exxon Mobile,<br>Attn: Bankruptcy,<br>Po Box 790034,<br>St Louis, MO 63179<br><br>Discover Bank,<br>Discover Products Inc,<br>PO Box 3025,<br>New Albany, OH  43054-3025<br><br>FirstSource Advantage, LLC ,<br>205 Bryant Woods South,<br>Buffalo, NY 14228<br><br>Internal Revenue Service,<br>Centralized Insolvency Operations,<br>PO Box 7346,<br>Philadelphia, PA 19101-7346<br><br>Pnc Bank ,<br>Atn: Bankruptcy Department,<br>Po Box 94982,<br>Cleveland, OH 44101<br><br>Quicken Loans ,<br>Attn: Bankruptcy,<br>1050 Woodward Avenue,<br>Detroit, MI 48226<br><br>Rocket Mortgage,<br>LLC f/k/a Quicken Loans, at<br>635 Woodward Avenue,<br>Detroit MI 48226<br><br>State of New Jersey ,<br>PO Box 283,<br>Trenton, NJ 08602<br><br>United States Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, D.C. 20044 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| New Jersey Office of the Attorney General<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625-0112<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | | |
| | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.