| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-10736 / CMG**

Clifford A. Gibbs

Petition Filed Date: 01/30/2023
341 Hearing Date: 03/02/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/09/2023 | $300.00 |  | 03/09/2023 | $300.00 |  |  |  |  |

**Total Receipts for the Period:  $600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Clifford A. Gibbs | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. | Attorney Fees | $3,300.00 | $0.00 | $3,300.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,772.04 | $0.00 | $0.00 |
| 2 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC | Mortgage Arrears | $482.46 | $0.00 | $0.00 |
|   | »»  P/66 NARBERTH WAY/1ST MTG |   |   |   |   |
| 3 | INTERNAL REVENUE SERVICE | Priority Crediors | $500.00 | $0.00 | $0.00 |
|   | »»  2022 EST TAXES | Hold Funds: Estimated |   |   |   |
| 4 | CAPITAL ONE AUTO FINANCE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »»  2020 FIAT 124 SPIDER |   |   |   |   |

**Chapter 13 Case No. 23-10736 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $600.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $43.20 | Arrearages: | $0.00 |
| Funds on Hand: | $556.80 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

