| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-10736 / CMG**

Clifford A. Gibbs

Petition Filed Date: 01/30/2023
341 Hearing Date: 03/02/2023
Confirmation Date: 04/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/09/2023 | $300.00 | | 03/09/2023 | $300.00 | | 04/10/2023 | $734.00 | |
| 04/13/2023 | $22.00 | | 05/10/2023 | $756.00 | | 06/12/2023 | $756.00 | |
| 07/11/2023 | $756.00 | | 08/14/2023 | $756.00 | | 09/12/2023 | $756.00 | |
| 10/11/2023 | $756.00 | | 11/13/2023 | $756.00 | | 12/11/2023 | $756.00 | |
| 01/10/2024 | $756.00 | | | | | | | |

**Total Receipts for the Period:  $8,160.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,160.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Clifford A. Gibbs | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,300.00 | $3,300.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,772.04 | $717.44 | $15,054.60 |
| 2 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/66 NARBERTH WAY/1ST MTG | Mortgage Arrears | $482.46 | $482.46 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2022 AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2020 FIAT 124 SPIDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $24,933.46 | $1,134.19 | $23,799.27 |
| 6 | PNC Bank, N.A.<br>»» RBC BANK, USA | Unsecured Creditors | $6,099.09 | $277.44 | $5,821.65 |
| 7 | CITIBANK, N.A.<br>»» EXXONMOBIL | Unsecured Creditors | $287.19 | $0.00 | $287.19 |
| 8 | CITIBANK, N.A.<br>»» SEARS MASTERCARD | Unsecured Creditors | $5,015.17 | $228.12 | $4,787.05 |

**Chapter 13 Case No. 23-10736 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,160.00 | Plan Balance: | $27,216.00 ** |
| Paid to Claims: | $6,139.65 | Current Monthly Payment: | $756.00 |
| Paid to Trustee: | $620.78 | Arrearages: | $0.00 |
| Funds on Hand: | $1,399.57 | Total Plan Base: | $35,376.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.