| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-10736 / CMG

Clifford A. Gibbs

Petition Filed Date: 01/30/2023
341 Hearing Date: 03/02/2023
Confirmation Date: 04/05/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2024 | $756.00 | | 02/12/2024 | $756.00 | | 03/11/2024 | $756.00 | |
| 04/10/2024 | $756.00 | | 05/10/2024 | $756.00 | | 06/10/2024 | $756.00 | |
| 07/11/2024 | $756.00 | | 08/12/2024 | $756.00 | | 09/10/2024 | $756.00 | |
| 10/10/2024 | $756.00 | | 11/12/2024 | $756.00 | | 12/10/2024 | $756.00 | |

**Total Receipts for the Period:  $9,072.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $17,232.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Clifford A. Gibbs | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,300.00 | $3,300.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,772.04 | $3,286.75 | $12,485.29 |
| 2 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/66 NARBERTH WAY/1ST MTG | Mortgage Arrears | $482.46 | $482.46 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2022 AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2020 FIAT 124 SPIDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $24,933.46 | $5,195.92 | $19,737.54 |
| 6 | PNC Bank, N.A.<br>»» RBC BANK, USA | Unsecured Creditors | $6,099.09 | $1,271.00 | $4,828.09 |
| 7 | CITIBANK, N.A.<br>»» EXXONMOBIL | Unsecured Creditors | $287.19 | $48.25 | $238.94 |
| 8 | CITIBANK, N.A.<br>»» SEARS MASTERCARD | Unsecured Creditors | $5,015.17 | $1,045.12 | $3,970.05 |

**Chapter 13 Case No. 23-10736 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,232.00 | Plan Balance: | $18,144.00 ** |
| Paid to Claims: | $14,629.50 | Current Monthly Payment: | $756.00 |
| Paid to Trustee: | $1,207.43 | Arrearages: | $0.00 |
| Funds on Hand: | $1,395.07 | Total Plan Base: | $35,376.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**