Office Mailing Address:                                                          Send Payments **ONLY** to:
Albert Russo, Trustee                                                            Albert Russo, Trustee
Standing Chapter 13 Trustee                                                      PO Box 933
PO Box 4853                                                                      Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-10736 / CMG**

Clifford A. Gibbs                                                               Petition Filed Date: 01/30/2023
                                                                               341 Hearing Date: 03/02/2023
                                                                               Confirmation Date: 04/05/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $756.00 | | 02/10/2025 | $756.00 | | 03/10/2025 | $756.00 | |
| 04/10/2025 | $756.00 | | 05/12/2025 | $756.00 | | 06/10/2025 | $756.00 | |
| 07/11/2025 | $756.00 | | 08/12/2025 | $756.00 | | 09/10/2025 | $756.00 | |
| 10/10/2025 | $756.00 | | 11/10/2025 | $756.00 | | 12/10/2025 | $756.00 | |
| 01/12/2026 | $756.00 | | 02/10/2026 | $756.00 | | | | |

**Total Receipts for the Period: $10,584.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $27,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Clifford A. Gibbs | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,300.00 | $3,300.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $15,772.04 | $6,016.26 | $9,755.78 |
| 2 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC »» P/66 NARBERTH WAY/1ST MTG | Mortgage Arrears | $482.46 | $482.46 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE »» 2022 AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE »» 2020 FIAT 124 SPIDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | Unsecured Creditors | $24,933.46 | $9,510.88 | $15,422.58 |
| 6 | PNC Bank, N.A. »» RBC BANK, USA | Unsecured Creditors | $6,099.09 | $2,326.50 | $3,772.59 |
| 7 | CITIBANK, N.A. »» EXXONMOBIL | Unsecured Creditors | $287.19 | $109.55 | $177.64 |
| 8 | CITIBANK, N.A. »» SEARS MASTERCARD | Unsecured Creditors | $5,015.17 | $1,913.04 | $3,102.13 |

**Chapter 13 Case No. 23-10736 / CMG**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,060.00 | Plan Balance: | $8,316.00 ** |
| Paid to Claims: | $23,658.69 | Current Monthly Payment: | $756.00 |
| Paid to Trustee: | $2,001.19 | Arrearages: | $0.00 |
| Funds on Hand: | $1,400.12 | Total Plan Base: | $35,376.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**